1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8
9

DARRELL GIBSON,                                    1:07-cv-01533 DLB HC

10                          Petitioner,        ORDER DIRECTING RESPONDENT TO
                                               LODGE STATE COURT RECORDS AS
11            v.                               REFERENCED IN MOTION TO DISMISS

12                                             [Doc. 16]
        KEN CLARK,
13
                                Respondent.
14    _____/

15
16            Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17    pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to

      the jurisdiction of the United States Magistrate Judge.
18
19            Now pending before the Court is Respondent's motion to dismiss filed on January 22,

20    2008.  (Court Doc. 16.)  Respondent references several documents as being lodged with the

21    Court; however, Respondent failed to file a notice of lodging of the documents or submit said

      documents to the Court.  The Court takes notice of the fact that this same failure has repeatedly
22
23    occurred in several other pending actions including 1:07-cv-01474 AWI SMS HC and 1:07-cv-

24    1426 AWI DLB HC, not to mention several others.  The Court's mention of this problem is

25    intended only to point out a repeated defect in the processing and filing of motions to dismiss on

26    behalf of Respondents.  That said, Respondent is advised that the future failure to comply with

27
28

1

1  the Court's order will result in the document being stricken from the record.[1]  Accordingly, it is

2  HEREBY ORDERED that within five (5) court days from the date of service of this order,

3  Respondent shall submit the state court records as referenced in the pending motion to dismiss..

4      IT IS SO ORDERED.

5  **Dated:** ___**February 8, 2008**___          _____ **/s/ Dennis L. Beck**_____
                                                    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[1]  The Court's order of October 12, 2007, specifically stated that motions to dismiss "SHALL INCLUDE copies of all Petitioner's state court filings and dispositive rulings."  (Court Doc. 5 at ¶ B, 1(ii).)

2