# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL GIBSON, | 1:07-cv-01533 DLB HC |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST TO DISMISS UNEXHAUSTED CLAIMS AND DIRECTING RESPONDENT TO SUBMIT ANSWER TO PETITION WITHIN FORTY-FIVE DAYS FROM THE DATE OF SERVICE OF THIS ORDER |
| v. | |
| KEN CLARK, | |
| Respondent. | [Docs. 27, 30] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

On January 22, 2008, Respondent filed a motion to dismiss arguing that the petition contained both exhausted and unexhausted claims.  (Court Doc. 16.)  Petitioner filed an opposition on January 30, 2008.  (Court Doc. 18.)  On February 27, 2008, the Court found that Claims three and four of the petition were unexhausted.  (Court Doc. 27.)  The Court advised Petitioner that the petition was subject to dismissal, without prejudice, unless Petitioner chose to withdraw the unexhausted claims.  (Id.)

On March 28, 2008, Petitioner filed a motion to dismiss the unexhausted claims in lieu of dismissal of the entire action.  (Court Doc. 30.)  Petitioner's motion will be granted and claims three and four of the petition will be dismissed, without prejudice, and Respondent will be ordered to submit an answer addressing claims one and two of the petition.

1

Accordingly, it is HEREBY ORDERED that:

1. Petitioner's motion to withdraw claims three and four of the petition is GRANTED

2. Claims three and four of the instant petition are DISMISSED, without prejudice;

3. Respondent shall file an answer addressing the merits of claims one and two of the petition within forty-five (45) days from the date of service of this order;

4. Petitioner may file a traverse within thirty (30) days from the date Respondent files his answer; and,

5. All other provisions of the Court's November 21, 2007, order to respond remain in full force and effect.

IT IS SO ORDERED.

Dated:   **April 16, 2008**            /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE